IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                   No. 2:12-cv-0123 GEB KJN P

    vs.

D. YOUNG, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2012, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a signed request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and provided a certified trust account statement. However, plaintiff did not obtain the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit the completed certificate portion of the application. (Dkt. No. 7 at 2.)

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, the completed certificate portion of the application form. (Dkt. No. 7 at 2.) Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without

1

prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 21, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arms0123.3e