1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BRADY K. ARMSTRONG,

11            Plaintiff,                        No. 2:12-cv-0123 GEB KJN P

12        vs.

13    D. YOUNG, et al.,

14            Defendants.                  <u>FINDINGS & RECOMMENDATIONS</u>

15    _____/

16            By an order filed May 1, 2012, this court ordered plaintiff to complete and return

17    to the court, within thirty days, the USM-285 forms necessary to effect service on defendants, or

18    to file an amended complaint.  That thirty day period has since passed, and plaintiff has not

19    responded in any way to the court's order.

20            IT IS HEREBY RECOMMENDED that this action be dismissed without

21    prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

22            These findings and recommendations will be submitted to the United States

23    District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24    fourteen days after being served with these findings and recommendations, plaintiff may file

25    written objections with the court.  The document should be captioned "Objections to Findings

26    and Recommendations."   Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2  (9th Cir. 1991).

3  DATED:   June 13, 2012

4

5  _____

   KENDALL J. NEWMAN

6  UNITED STATES MAGISTRATE JUDGE

7  arms0123.fusm

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26