IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

      Plaintiff,                    No. 2:12-cv-0123 GEB KJN P

    vs.

D. YOUNG, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On June 13, 2012, the court recommended that this action be dismissed based on plaintiff's failure to comply with the court's May 1, 2012 order. On June 25, 2012, plaintiff filed objections, claiming his filing was delayed based on his emergency hospitalization and subsequent inability to attend the law library. Good cause appearing, the findings and recommendations are vacated, and plaintiff is granted an extension of time to comply with the May 1, 2012 order. Plaintiff is cautioned that failure to comply with this order may result in the dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The June 13, 2012 findings and recommendations are vacated;

        2. Plaintiff's June 25, 2012 motion for an extension of time (dkt. no. 16) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to comply with this court's May 1, 2012 order.

DATED: June 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arms0123.36(2)