IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY Y. ARMSTRONG,

    Plaintiff,                    No. 2:12-cv-0123 GEB KJN P

    vs.

D. YOUNG, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, has consented to the dismissal of defendant Brewer without prejudice.  (Dkt. No. 21.)  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that defendant Brewer is dismissed from this action.

DATED: September 24, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

arms0123.59