UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY ARMSTRONG, | No. 2:12-cv-0123 TLN KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| D. YOUNG, et al., | |
| Defendants. | |

By order filed June 28, 2013, plaintiff was ordered to show cause, within thirty days, why plaintiff's claims against the remaining defendants, Turner, Young, and John Doe should not be dismissed.[1] The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff claims against defendants Turner and Young be dismissed with prejudice on res judicata grounds;

2. Plaintiff's claims against John Doe be dismissed without prejudice based on plaintiff's failure to first exhaust administrative remedies; and

3. The Clerk of Court be directed to terminate this action.

---

[1] Plaintiff's claims against defendant Brewer were dismissed on September 25, 2012, and claims against defendant Chandler were dismissed on July 29, 2013. (ECF Nos. 24 & 50.)

1

1   These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
6 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7 (9th Cir. 1991).
8 Dated:  August 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11  arms0123.fsc