1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRADY ARMSTRONG,                          No.  2:12-cv-0123 TLN KJN P

12                 Plaintiff,

13           v.                                  FINDINGS AND RECOMMENDATIONS

14    D. YOUNG, et al.,

15                 Defendants.

16

17          By order filed June 28, 2013, plaintiff was ordered to show cause, within thirty days, why

18    plaintiff's claims against the remaining defendants, Turner, Young, and John Doe should not be

19    dismissed.[1]  The thirty day period has now expired, and plaintiff has not shown cause or

20    otherwise responded to the court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that:

22          1.   Plaintiff claims against defendants Turner and Young be dismissed with prejudice on

23               res judicata grounds;

24          2.  Plaintiff's claims against John Doe be dismissed without prejudice based on plaintiff's

25               failure to first exhaust administrative remedies; and

26          3.  The Clerk of Court be directed to terminate this action.

27
_____

28    [1] Plaintiff's claims against defendant Brewer were dismissed on September 25, 2012, and claims
      against defendant Chandler were dismissed on July 29, 2013.  (ECF Nos. 24 & 50.)

1

1    These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3    after being served with these findings and recommendations, plaintiff may file written objections

4    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

5    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6    time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

7    (9th Cir. 1991).

8    Dated:  August 7, 2013

9

10    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

11   arms0123.fsc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2