UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | No. 2:12-cv-0123 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. YOUNG, et al, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On August 9, 2013, plaintiff filed a motion seeking court intervention to locate defendant Young. However, on June 28, 2013, plaintiff was ordered to show cause why defendant Young should not be dismissed from this action based on res judicata grounds. Plaintiff did not respond to the order to show cause, and on August 7, 2013, the undersigned recommended that plaintiff's claims against defendant Young be dismissed on res judicata grounds. Thus, it is not necessary at this time to locate defendant Young. Rather, if plaintiff wishes to maintain his claims against defendant Young, he must demonstrate why such claims are not barred by res judicata.

////
////
////
////

1

1    IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 52) is denied without prejudice.

Dated: August 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/arms0123.den