1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRADY K. ARMSTRONG,                      No.  2:12-cv-0123 TLN KJN P

12              Plaintiff,

13       v.                                   ORDER

14   D. YOUNG, et al,

15              Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel.  On August 9, 2013, plaintiff filed

18   a motion seeking court intervention to locate defendant Young.  However, on June 28, 2013,

19   plaintiff was ordered to show cause why defendant Young should not be dismissed from this

20   action based on res judicata grounds.  Plaintiff did not respond to the order to show cause, and on

21   August 7, 2013, the undersigned recommended that plaintiff's claims against defendant Young be

22   dismissed on res judicata grounds.  Thus, it is not necessary at this time to locate defendant

23   Young.  Rather, if plaintiff wishes to maintain his claims against defendant Young, he must

24   demonstrate why such claims are not barred by res judicata.

25   ////

26   ////

27   ////

28   ////

1

1    IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 52) is denied without

2  prejudice.

3  Dated:  August 20, 2013

4

5  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6  /arms0123.den

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2