UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY ARMSTRONG, | No. 2:12-cv-0123 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. YOUNG, et al., | |
| Defendants. | |

On August 7, 2013, the undersigned recommended that this action be dismissed based on plaintiff's failure to show cause as set forth in this court's June 28, 2013 order. On August 23, 2013, plaintiff filed a document styled "Notice of Motion and Motion Posthaste Reconsideration of Magistrate Judge Findings and Recommendations." (ECF No. 55.) Plaintiff appears to seek additional time to respond to the order show cause in light of difficulties plaintiff has encountered in receiving his mail and preparing his response. Accordingly, the court vacates the findings and recommendations, and provides plaintiff additional time in which to address the order to show cause. Plaintiff is cautioned, however, that failure to timely address the order to show cause will result in a recommendation that this action be dismissed.

IT IS HEREBY ORDERED that:

1. The August 7, 2013 findings and recommendations (ECF No. 51) are vacated;

2. Plaintiff's August 23, 2013 motion (ECF No. 55) is partially granted; and

1       3. Plaintiff is granted thirty days from the date of this order in which to file a response to
2  the June 28, 2013 order to show cause (ECF No. 47).
3  Dated:  October 7, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6  arms0123.eot2